# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CATRINA HUTCHINS,**

    **Plaintiff,**

vs.

**SETERUS, INC,**

    **Defendant.**

Case No.: 1:18-cv-00128-SO

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Catrina Hutchins, by and through counsel, hereby notifies the Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of Plaintiff's dismissal of its Amended Complaint, with prejudice, with each party to bear its own costs.

    Respectfully submitted,

Date:  June 18, 2018

/s/ Pamela S. Petas
Pamela S. Petas (0058627)
7439 Montgomery Road, Suite 3
Cincinnati, OH 45236
(513) 328-0995
(513) 813-2992 (fax)
ppetas@petaslaw.com
Attorney for Plaintiff

-1-

-2-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2018, I electronically filed the foregoing Notice of Dismissal with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to the following:

Kevin M. Hudspeth
Maurice Wutscher LLP
2775 U.S. 22&3, Suite 6
Maineville, OH  45039
khudspeth@mauricewutcsher.com

                                                                  /s/ Pamela S. Petas
                                                                   Pamela S. Petas