UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CATRINA HUTCHINS,**

      **Plaintiff,**

  vs.

**SETERUS, INC,**

      **Defendant.**

Case No.: 1:18-cv-00128-SO

NOTICE OF VOLUNTARY
DISMISSAL

Plaintiff, Catrina Hutchins, by and through counsel, hereby notifies the Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of Plaintiff's dismissal of its Amended Complaint, with prejudice, with each party to bear its own costs.

Respectfully submitted,

Date:  June 18, 2018

  **IT IS SO ORDERED.**
`/s/ Solomon Oliver, Jr.
United States District Judge
6/19/2018

/s/ Pamela S. Petas
Pamela S. Petas (0058627)
7439 Montgomery Road, Suite 3
Cincinnati, OH 45236
(513) 328-0995
(513) 813-2992 (fax)
ppetas@petaslaw.com
Attorney for Plaintiff